FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

MAR - 9 2006

Stephan Harris, Clerk
Casper

KERRY J. JACOBSON
Assistant United States Attorney
District of Wyoming
Post Office Box 449
Lander, WY 82520-0449
(307) 332-8195
Fax: (307) 332-7104

# IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF WYOMING

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | Criminal No. __05CR215-D__ |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | **STATEMENT OF ELEMENTS** |
| | ) | |
| MARTIN WILLIAM CHAMBERS, | ) | |
| | ) | |
| | ) | |
| Defendant. | ) | |

In order to prove a violation of 18 U.S.C. §§ 922(j) and 924(a)(2)(Possession of a Stolen Firearm), as set forth in Count 2 of the Indictment, the United States must prove beyond a reasonable doubt each of the following elements:

1. On or about April 15, 2005;

2. in the District of Wyoming;

3. the Defendant, **MARTIN WILLIAM CHAMBERS**;

  4. knowingly possessed a stolen firearm, that is, a Model 92F, Peitro Beretta, Bardone V.T., USA Corp., semi-automatic pistol, serial number D94066Z;

  5. which had been shipped or transported in interstate or foreign commerce, either before or after it was stolen; and

  6. the Defendant knew and had reasonable cause to believe the firearm was stolen.

In order to prove a violation of 18 U.S.C. §§ 922(g)(1) and 924(a)(2), ( Felon in Possession of a Firearm), as set forth in Count 3 of the Indictment, the United States must prove beyond a reasonable doubt each of the following elements:

  1. On or about April 15, 2005;

  2. in the District of Wyoming;

  3. the Defendant, **MARTIN WILLIAM CHAMBERS**;

  4. having been previously convicted of a crime punishable by imprisonment for a term exceeding one year;

  5. knowingly possessed a firearm, that is, a Model 92F, Peitro Beretta, Bardone V.T., USA Corp., semi-automatic pistol, serial number D94066Z; and

  6. which had previously traveled in and affected interstate commerce.

DATED this 9th day of March, 2006.

                          Respectfully submitted,

                          MATTHEW H. MEAD
                          United States Attorney

By: _____
                          KERRY J. JACOBSON
                          Assistant United States Attorney

## CERTIFICATE OF SERVICE

This is to certify that on this 9 day of March, 2006, I served a true and correct copy of the foregoing **STATEMENT OF ELEMENTS** by hand delivery upon:

ROBERT R. ROGERS
Assistant Federal Public Defender
320 West 25th Street
Cheyenne, WY 82003
Attorney for Martin William Chambers

_____