UNITED STATES DISTRICT COURT
DISTRICT OF WYOMING

PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

**Name of Offender:** Martin William Chambers   **Case Number:** 05CR215-01D
**Name of Sentencing Judicial Officer:** William F. Downes
**Date of Original Sentence:** May 26, 2006
**Original Offense:** Count 2: Possession of a Stolen Firearm
Count 3: Felon in Possession of a Firearm
**Original Sentence:** 57 months custody/36 months supervised release
**Type of Supervision:** Supervised release
**Date Supervision Commenced:** June 5, 2009
**Assistant U.S. Attorney:** Kelly Rankin
**Defense Attorney:** Loretta Green

FILED
U.S. DISTRICT COURT
DISTRICT OF WYOMING

JUL 17 2009

Stephan Harris, Clerk
Casper

PETITIONING THE COURT

[X]   To issue a no bail warrant for the offender's arrest
[ ]   To issue a summons

The Probation Officer believes that the offender has violated the following condition of supervision:

(See attached sheet)

**U.S. Probation Officer Recommendation:**
[X]   The term of supervision should be
      [X]   revoked.
      [ ]   extended for ___ years, for a total term of ___ years.
[ ]   The conditions of supervision should be modified as follows:

I declare under penalty of perjury that the foregoing is true and correct.

_____          7-16-09
Joshua J. Oster                    Date:
U.S. Probation Officer

Approved by: _____ For
Michael A. Akers
Supervising U.S. Probation Officer

**THE COURT ORDERS:**
[ ]   No Action
[X]   The Issuance of a Warrant
[ ]   The Issuance of a Summons
[ ]   Other

_____          July 17, 2009
William F. Downes                  Date
Chief U.S. District Judge

Martin William Chambers        2        05CR215-01D
Petition for Warrant for Offender Under Supervision

### Violation No. 1 - Special Condition
The defendant shall not use or possess alcohol. He shall not enter establishments which derive their primary source of income from the sale of alcohol.

### Nature of Noncompliance
On July 5, 2009, the defendant had contact with Officer James Kozisek with the Cody Police Department at approximately 4:17am. The defendant admitted to Officer Kozisek that he consumed alcohol.

### U.S. Probation Officer's Action
A Petition for Warrant for Offender Under Supervision is presented to the Court and a Warrant is requested.

### Violation No. 2 - Special Condition
The defendant shall participate in substance abuse evaluation, testing and treatment as directed by the U.S. Probation Officer.

### Nature of Noncompliance
On June 29, 2009, July 6, 2009 and July 15, 2009 the defendant failed to report for a random urinalysis test.

### U.S. Probation Officer's Action
A Petition for Warrant for Offender Under Supervision is presented to the Court and a Warrant is requested.

### Violation No. 3 - Standard Condition
The defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony unless granted permission to do so by the probation officer.

### Nature of Noncompliance
On July 5, 2009, the defendant was associating with a known felon, Jeremy Ernest, convicted of Burglary on April 24, 2003.

### U.S. Probation Officer's Action
A Petition for Warrant for Offender Under Supervision is presented to the Court and a Warrant is requested.

### Violation No. 4 - Standard Condition
The defendant shall notify the probation officer at least 10 days prior to any change in residence or employment.

### Nature of Noncompliance
As of July 7, 2009 the defendant absconded from supervision and his whereabouts are unknown.

Martin William Chambers　　　　　　　　　3　　　　　　　　　05CR215-01D
Petition for Warrant for Offender Under Supervision

### U.S. Probation Officer's Action

This Officer made several attempts to contact the defendant. Telephone calls were made to the defendant's mother (Trish), sister (Nicki) and brothers (Danny and Pat). The defendant's family members were unable to provide information as to his whereabouts. A Petition for Warrant for Offender Under Supervision is presented to the Court and a Warrant is requested.

---

### Penalties for Supervised Release Violation:

**Statutory Penalties:** According to 18 U.S.C. 3583(e)(3), the Court may revoke a term of supervised release and require the defendant to serve in prison all or part of the term of supervised release authorized by statute for the offense that resulted in such term of supervised release without credit for time previously served on post-release supervision. A defendant whose term is revoked may not be required to serve more than 2 years in prison if such offense is a Class C felony.

**Guideline Penalties:** In the case of revocation of supervised release, the applicable term of imprisonment is found in the Sentencing Guideline Table under 7B1.4(a)(2). This section states that for a Grade C Violation with a Criminal History Category of V, and where the defendant was on supervised release as a result of a sentence for a Class C felony, the applicable imprisonment range is 7 to 13 months.